JENNINGS BROS. MFG. CO., Appellant, v. ELLIS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by the Jennings Bros. Manufacturing Company against Albert M. Ellis. No opinion. Judgment and order of County Court affirmed, with costs.

———

JOHNSON, Appellant, v. MANNING, Respondent. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Christiana Johnson against John J. Manning, as president, etc. No opinion. Motion denied.

———

JOHNSON v. ROACH. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Action by Mary M. Johnson against Edward Roach. No opinion. Motion denied.

———

In re JOHNSON'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) In the matter of the will of Mary C. Johnson, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs. See 75 N. Y. Supp. 489, 1046.

———

JOHNSTON v. HILTON. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Action by Fanny Johnston against Albert B. Hilton. No opinion. Motion granted, on payment of the costs previously awarded in the orders of this court and of the Court of Appeals.

———

JONES, Respondent, v. METROPOLITAN ELEVATED R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Elizabeth S. Jones against the Metropolitan Elevated Railway Company and another. T. L. Waugh, for appellants. G. C. Lay, for respondent. No opinion. Judgment modified, by reducing amount awarded for fee damages to $1,500, and by reducing the judgment as entered for rental damages, costs, allowance, etc., to the sum of $896.43, and, as so modified, affirmed, without costs.

———

JOSEPH v. RAFF. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by George E. Joseph against Norman C. Raff. No opinion. Motion denied.

———

KAHNER, Respondent, v. OTIS ELEVATOR CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Milton L. Kahner, an infant, against the Otis Elevator Company. M. W. Potter, for appellant. S. B. Stiles, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KAPPUS v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Action by Gottlieb Kappus against the Metropolitan Street Railroad Company. No opinion. Motion dismissed.

———

KAPPUS v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Gottlieb Kappus against the Metropolitan Street Railroad company. No opinion. Motion denied, with $10 costs.

———

KIRKMAN, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, First department. June 5, 1903.) Action by Samuel J. Kirkman against Edward H. Butler. J. Laughlin, for appellant. E. S. Hull, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

———

KOLLE, Respondent, v. SZERLIP, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by John Kolle against Joseph Szerlip. No opinion. Judgment of the Muncipal Court affirmed, with costs.

———

KOREN, Respondent, v. NATIONAL CONDUIT & CABLE CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1903.) Action by Samuel Koren against the National Conduit & Cable Co. No opinion. Motion for leave to appeal to the Court of Appeals granted.

———

KRACHT. Appellant, v. BROSMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by John Kracht against Henry Brosman.
PER CURIAM. Judgment affirmed, with costs. Held, that the referee was justified in finding that the evidence in this case did not satisfactorily establish the appellant's claim, within the well-settled rule relative to claims against the estates of deceased persons. O'Neill v. Barry, 20 App. Div. 121, 46 N. Y. Supp. 752; Van Slooten v. Wheeler, 140 N. Y. 624, 35 N. E. 583.

———

LAHEY, Respondent, v. TRADERS' PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by John Lahey against the Traders' Paper Company. No opinion. Judgment and order affirmed, with costs.

———

LANGLEY, Respondent, v. ROUSS, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by John Langley against William W. Rouss, as executor, etc., of Charles Broadway Rouss, deceased. No opinion. Judgment of the Municipal Court affirmed, with costs.